UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

_____

Debtor

Case No. _____

☐ Amended

**NOTICE OF MOTION AND CHAPTER 13 DEBTOR'S MOTION TO BUY, SELL, OR ENCUMBER INTEREST IN PROPERTY**

**NOTICE**

1. YOU ARE NOTIFIED that the motion below was filed by the debtor to [*check all that apply*]:

    ☐ Buy property

    ☐ Sell property

    ☐ Encumber property (including refinance of property and loan modification)

2. If you wish to object to the motion, you must, within 21 days after the service date in paragraph 5 below, file with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401 a written objection stating the specific facts upon which the objection is based, and include a certificate of service of the objection on the movant.

3. **Failure to Object**. If you fail to file a timely objection, then the court may sign an order without further notice, submitted by the moving party on Local Bankruptcy Form 1301.5, granting the relief requested in the motion.

4. This document constitutes the notice required by Local Bankruptcy Rule 2002-1.

5. I certify that on _____ this document was:

    a. served under Federal Rule of Bankruptcy Procedures (FRBP) 7004, on the debtor, chapter 13 trustee, U.S. trustee, each holder of liens or encumbrances on the property, and their attorneys; and

    b. was sent, pursuant to FRBP 2002(a), to all creditors and all parties as listed in the court's records that were obtained on _____, a copy of which is attached to the document filed with the court.

6. For further information, contact [*enter name and contact information of debtor's attorney, or, if no debtor's attorney, debtor*]:

_____   _____
Date                     Signature & Relation to Movant


                                _____
                                Debtor's Address & Last 4 Digits of Taxpayer ID#

## MOTION

### Information About the Property

[*Movant must complete this entire section*]

1. **Description of the Property** [*for example, real property address; car model, year, and VIN; or manufacturer and serial number*]:




   Is the property the debtor's primary residence?     Yes     No

   Additional property description attached?     Yes     No

2. **Description of Existing Liens and Encumbrances on the Property, Listed in Priority Order** [*for property debtor is purchasing, do not include liens and encumbrances of the existing owner that will be satisfied at the closing of the purchase*]:

| Name of Holder | Approximate Amount | Interest Rate | Maturity Date | Proposed Treatment (fully paid, partially paid, or not paid) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Additional information on existing liens and encumbrances attached?     Yes     No

**1301 (12/1/2022)**                    Page 2 of 6

# Relief Requested

*[Movant must complete each applicable part of this section; inapplicable parts of this section may be left blank.]*

3. **Motion to Approve Purchase of Property.** Debtor hereby moves for the authority to purchase the property described in paragraph 1 of this motion. In support of this motion, debtor provides the following information--

   Name of seller:

   Relationship of seller to debtor:

   Purchase price: $

   Anticipated closing date:

   Other relevant terms of purchase:


   Source of funds for purchase:


4. **Motion to Approve Sale of Property.** Debtor hereby moves for the authority to sell the property described in paragraph 1 of this motion. In support of this motion, debtor provides the following information--

   Name of buyer:

   Relationship of buyer to debtor:

   Sale price: $

   Anticipated closing date:

   Other relevant terms of sale:

   Anticipated net proceeds:


   Disposition of anticipated net proceeds (other than payment of liens and encumbrances described in paragraph 2 of this motion):

5. **Motion to Approve Encumbrance of Property** (including refinance of property and loan modification). Debtor hereby moves for the authority to encumber the property described in paragraph 1 of this motion. In support of this motion, debtor provides the following information—

   Encumbrance type:     New Loan     Refinance     Loan Modification

   Name of lender:

   Relationship of lender to debtor:

   Principal amount of loan: $

   Interest rate:

   Loan term/maturity date:

   Payment amount and terms [*for example, monthly, interest only with balloon or fully amortizing, payable only after prior debt*]:


   Closing costs:

   Lien position [*senior lien, second position lien, etc.*]:

   Amount of cash debtor will receive from refinance:     $0     $

   Use of any cash debtor receives:



   If this is a refinance or loan modification, explain how the new terms compare with the prior terms:

## Points and Authorities
[*Movant must complete this entire section*]

6. **Basis for Relief.** Debtor asserts that the court should grant the relief requested because:




7. **Chapter 13 Trustee Position on this Motion.** Debtor or debtor's counsel has conferred with the chapter 13 trustee, and the trustee:

    ☐ Consents to this motion

    ☐ Opposes this motion

    ☐ Takes no position on this motion

    ☐ Other:




8. **Plan**

    a. Does the chapter 13 plan contemplate the relief requested herein?   ☐ Yes   ☐ No

    b. Effect on Plan or Plan Payments.  Check all that apply:

    ☐ Satisfies an arrearage or other secured debt being paid in the plan. Debtor anticipates ☐ an increased or ☐ a reduced housing expense of $_____ compared to the amount listed in the most recently filed Schedule J. Net proceeds will be used to complete debtor's obligations under the plan.

    ☐ Net proceeds will be used to pay all creditors in full.

    ☐ Other:

1301 (12/1/2022)                Page 5 of 6

9. **Exhibits**

   In support of this motion, debtor hereby attaches the following exhibits [*for example, purchase and sale agreement, note, deed of trust, preliminary title report, estimated closing statement*]:

   None

   Exhibits:

| **Exhibit Number**<br>[*for example, Exhibit B*] | **Exhibit Description**<br>[*for example, purchase and sale agreement, note, deed of trust, preliminary title report, estimated closing statement*] |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

10. **Declarations**

    In support of this motion, debtor hereby attaches the following declarations:

    None

    Declarant names:

_____  _____
Date                              Signature & Relation to Movant

                                  _____
                                  Debtor's Address & Last 4 Digits of Taxpayer ID#

Label Matrix for local noticing
0979-3
Case 18-34014-pcm13
District of Oregon
Portland
Fri Mar 10 11:10:59 PST 2023

Advantis Credit Union
PO Box 14220
Portland, OR 97293-0220

American Medical Response
POB 3429
Modesto, CA 95353-3429

(p)ASSET RECOVERY GROUP   INC
PO BOX 14949
PORTLAND OR 97293-0949

(p)CMRE FINANCIAL SERVICES INC
3075 E IMPERIAL HWY STE 200
BREA CA 92821-6753

Chase Receivables
775 Baywood Dr.
PO Box 208
Concord, CA 94522-0208

Chex Systems
7805 Hudson Road, Suite 100
Woodbury, MN 55125-1703

City of Lake Oswego
380 A Avenue
PO Box 369
Lake Oswego, OR 97034-0369

Clackamas County Corrections
1024 Main St.
Oregon City, OR 97045-1002

(p)COLUMBIA CREDITS INC
PO BOX 1607
THE DALLES OR 97058-8005

Comcast
Bankruptcy Notices
PO Box 34744
Seattle, WA 98124-1744

Commercial Adjustment Company
901 Marine Dr.
Astoria, OR 97103-4217

Commonwealth Financial
1981 N Broadway #305
Walnut Creek, CA 94596-3841

Courtney Allen Cross, Attorney
Hasson Law, LLC
12715 N. Interstate
Portland, OR 97230

Credits
PO Box 1607
The Dalles, OR 97058-8005

Equifax Information Svcs LLC
PO Box 740256
Atlanta, GA 30374-0256

Experian Information Solutions, Inc.
PO Box 9532
Allen, TX 75013-9532

Figi's Companies Inc
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Flex Shopper
2700 N Military Trl
Boca Raton, FL 33431-1809

FlexShopper, LLC
2700 N. Military Trail
Suite 200
Boca Raton, FL 33431-6394

Ginny's
1112 7th Ave.
Monroe, WI 53566-1364

Ginny's
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Wayne Godare
222 SW Columbia St #1700
Portland, OR 97201-6652

IC Systems
PO Box 3396
Portland, OR 97208-3396

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Kaiser Permanente
500 NE Multnomah St. Ste. 100
Portland, OR 97232-2099

Kaiser Permanente
7201 N. Interstate
Portland, OR 97217-5523

Katie L Riggs
Aldridge Pite, LLP
111 SW Columbia St., Ste. 950
Portland, OR 97201-5841

AMBER L LABRECQUE
ZBS Law, LLP
5 Centerpointe Dr.
Ste 400
Lake Oswego, OR 97035-8661

LVNV Funding
c/o Resurgent Capital Services
PO Box 112699
Greenville, SC 29603

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Legacy Health<br>PO Box 3948<br>Portland, OR 97208-3948 | Les Schwab<br>PO Box 5350<br>Bend, OR 97708-5350 |
| THOMAS A McAVITY<br>Thomas McAvity, LLC<br>650 NE Holladay St.<br>Ste 1600<br>Portland, OR 97232-2035 | Metro West Ambulance<br>5475 NE Dawson Creek Dr.<br>Hillsboro, OR 97124-5797 | ODR Bkcy<br>955 Center St NE<br>Salem OR 97301-2555 |
| Oregon Department of Revenue<br>955 Center Street NE<br>Salem, OR 97301-2555 | Oregon Department of Revenue<br>PO Box 14999<br>Salem, OR 97309-0990 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | (p)PERFORMANT FINANCIAL CORPORATION<br>333 N CANYONS PKWY STE 100<br>LIVERMORE CA 94551-9480 | Rushmore Loan Management<br>Services, LLC<br>RA Corporation Service Company<br>300 Descgytes Wat SW Ste. 304<br>Olympia, WA 98501 |
| Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | Rushmore Loan Managment Services<br>PO Box 814529<br>Dallas, TX 75381-4529 | Rushmore Loan Mgmt Svcs LLC<br>Attn: Home Retention Dept<br>15480 Laguna Canyon Rd, Ste 10<br>Irvine, CA 92618-2132 |
| Rushmore Mortgage Services<br>15480 Laguna Canyon Rd<br>Irvine, CA 92618-2132 | MICHAEL SCOTT<br>McCarthy & Holthus LLP<br>920 SW 3rd Ave, 1st Floor<br>Portland, OR 97204-2419 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| State of Oregon<br>Business and Fiscal Services Division<br>Supreme Court Building<br>1163 State Street<br>Salem, OR 97301-2563 | State of Oregon Dept of Revenue<br>955 Center St NE<br>Salem, OR 97301-2555 | Jasmine Stepek<br>18954 Indian Springs Rd.<br>Lake Oswego, OR 97035-8330 |
| Matthew David Stepek<br>18954 Indian Springs Rd.<br>Lake Oswego, OR 97035-8330 | Swiss Colony<br>1112 7th Ave<br>Monroe, WI 53566-1364 | The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Transunion<br>2 Baldwin Place<br>P.O. Box 2000<br>Crum Lynne, PA 19022-1370 | U.S. Bank National Association<br>c/o Rushmore Loan Management Services LL<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | U.S. Department of Education<br>400 Maryland Avenue, SW<br>Washington, DC 20202-0008 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Trustee, Portland<br>1220 SW 3rd Ave., Rm. 315<br>Portland, OR 97204-2829 | Verizon Wireless<br>One Verizon Way<br>Basking Ridge, NJ 07920-1097 |

Viasat
349 Inverness Dr. South
Englewood, CO 80112-5882

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Asset Systems                          (d)Asset Systems Inc.                  (d)Asset Systems, Inc.
PO Box 14550                           PO Box 14550                           c/o Michael G. Schindler, Reg. Agent
Portland, OR 97293                     Portland, OR 97293                     4520 Se Belmont St., Ste 280
                                                                              Portland, OR 97215


CMRE Financial Services                Columbia Credits                       Phoenix Financial Services Inc.
3075 E. Imperial Hwy. #200             PO Box 1607                            PO Box 361450
Brea, CA 92821-6753                    The Dalles, OR 97058-8005              Indianapolis, IN 46236-1450


Premier Credit                         (d)Premiere Credit of North America, LLC   Sprint
PO Box 19309                           PO Box 19309                           PO Box 54977
Indianapolis, IN 46219                 Indianapolis, IN 46219                 Los Angeles, CA 90054-0977


(d)Sprint Headquarters                 US Bank National Assoc.
Attn: Bankruptcy Dept.                 PO Box 9487
PO Box 7949                            Minneapolis, MN 55440
Overland Park, KS 66207


        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC     (u)U.S. Bank National Association      (u)U.S. Bank Trust National Association as tr
PO Box 41021
Norfolk, VA 23541-1021


End of Label Matrix
Mailable recipients    60
Bypassed recipients     3
Total                  63

Exhibit B Page 3 of 3

Case 18-34014-pcm13    Doc 57    Filed 03/13/23

**After Recording Return To:**
**Rushmore Loan Management Services LLC**
**ATTN: Collateral Dept.**
**8616 Freeport Parkway, Suite 100**
**Irving, TX 75063**

**This Document Prepared By:**
**Rushmore Loan Management Services LLC**
**8616 Freeport Parkway, Suite 100**
**Irving, TX 75063**

**Until a change is requested all**
**tax statements shall be sent to**
**the following address.**
**Rushmore Loan Management Services LLC**
**8616 Freeport Parkway, Suite 100**
**Irving, TX 75063**

**True and Actual Consideration is: $389,131.89**

_____ [Space Above This Line For Recording Data] _____

| | |
|---|---|
| Original Loan Amount: $328,000.00 | Loan No: 3361 |
| | Investor Loan No: 90832 |

## LOAN MODIFICATION AGREEMENT
(Providing For Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this 6th day of March, 2023, between **MATTHEW STEPEK and JASMINE STEPEK** ("Borrower") and **Rushmore Loan Management Services LLC, whose address is 8616 Freeport Parkway, Suite 100, Irving, TX 75063** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated **April 30, 2007** and recorded in _____, of the Official Records of _____ **County, OR** and (2) the Note, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at
**18954 INDIAN SPRINGS RD, LAKE OSWEGO, OR 97035**,
(Property Address)
the real property described being set forth as follows:

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of **February 1, 2023**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$389,131.89**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument
1101 8300a 08/14

Form 3179 1/01 (rev. 4/14)
(page 1 of 5)

Exhibit A Page 1 of 4

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **5.000%**, from **February 1, 2023**. Borrower promises to make monthly payments of principal and interest of U.S. **$1,876.38**, beginning on the **1st** day of **March, 2023**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of **5.000%** will remain in effect until principal and interest are paid in full. If on **February 1, 2063** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

   (b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. Borrower understands and agrees that:

   (a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

   (b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument
1101 8300a 08/14

Form 3179 1/01 (rev. 4/14)
(page 2 of 5)

Exhibit A Page 2 of 4

Case 18-34014-pcm13 Doc 57 Filed 03/13/23

(c) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

(d) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

(e) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

(f) Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

By checking this box, Borrower also consents to being contacted by text messaging [ ].

6. Notwithstanding anything to the contrary contained in this Agreement, Borrower and Lender acknowledge the effect of a discharge in bankruptcy that has been granted to Borrower prior to the execution of this Agreement and that Lender may not pursue Borrower for personal liability. However, Borrower acknowledges that Lender retains certain rights, including but not limited to the right to foreclose its lien evidenced by the Security Instrument under appropriate circumstances. The parties agree that the consideration for this Agreement is Lender's forbearance from presently exercising its rights and pursuing its remedies under the Security Instrument as a result of Borrower's default thereunder. Nothing in this Agreement shall be construed to be an attempt to collect against Borrower personally or an attempt to revive personal liability.

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument
1101 8300a 08/14
Form 3179 1/01 (rev. 4/14)
(page 3 of 5)

Exhibit A Page 3 of 4

Case 18-34014-pcm13    Doc 57    Filed 03/13/23

In Witness Whereof, the Lender and I have executed this Agreement.

_____  Date: _____
**MATTHEW STEPEK** -Borrower

_____  Date: _____
**JASMINE STEPEK** -Borrower

_____ [Space Below This Line For Acknowledgments] _____

State of Oregon

County of _____

This instrument was acknowledged before me, a Notary Public on

_____ by

**MATTHEW STEPEK and JASMINE STEPEK.**

_____
(Signature of notarial officer)

_____
(Title or rank)

My Commission expires :_____


LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument
1101 8300a 08/14


Form 3179 1/01 (rev. 4/14)
(page 4 of 5)